# Third District Court of Appeal

## State of Florida

Opinion filed October 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0506
Lower Tribunal No. 10-44727

_____

## Anthony W. Battillo, D.C., et al.,
Appellants,

vs.

## Anibal Gomez,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Hinshaw & Culbertson LLP, and Paul Buschmann (Fort Lauderdale), for appellants.

Philip D. Parrish, P.A., and Philip D. Parrish, for appellee.


Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Standard Guar. Ins. Co. v. Quanstrom</u>, 555 So. 2d 828, 834 (Fla. 1990) (providing factors to be considered when determining a reasonable attorney's fee).